# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

—————————————————

Case No. 6D23-1542
Lower Tribunal No. 2019-CA-001878-OC

—————————————————

MILAGROS RODRIGUEZ,

Appellant,

v.

UNIVERSAL PROPERTY AND CASUALTY INSURANCE COMPANY,

Appellee.

—————————————————

Appeal from the Circuit Court for Osceola County.
Margaret H. Schreiber, Judge.

May 7, 2024

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.

Randall Shochet, of Shochet Law Group, Trenton, for Appellant.

David A. Noel and Kara Rockenbach Link, of Link & Rockenbach, PA, West Palm Beach, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED